**Peter RICKMYER Plaintiff–Appellant**

**v.**

**ABM SECURITY SERVICES, INC., also known as American Building Maintenance Industries, Inc. Defendant–Appellee**

No. 16-2254

United States Court of Appeals, Eighth Circuit.

Submitted: September 8, 2016

Filed: September 13, 2016

Peter Rickmyer, Pro Se

Before WOLLMAN, ARNOLD, and GRUENDER, Circuit Judges.

PER CURIAM.

Peter Rickmyer appeals following the district court's[1] order denying him leave to proceed in forma pauperis and dismissing his Americans with Disabilities Act complaint without prejudice under 28 U.S.C. § 1915(e)(2)(B). We find no basis for reversal, and Mr. Rickmyer offers none. The judgment of the district court is affirmed. See 8th Cir. R. 47B.

---

[1]. The Honorable John R. Tunheim, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.